# Frankfurt Kurnit Klein + Selz PC

**Wendy Stryker**

28 Liberty Street, New York, New York 10005

T (212) 705-4838    F (212) 593-9175

wstryker@fkks.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

September 9, 2020

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

      Re:   *Luis E. Cabanilla v. Hydrangea Estates, LLC, et al.*,
               Case No. 20-cv-05406 (AJN)

Dear Judge Nathan:

      We represent defendants Hydrangea Estates, LLC and Debra R. Black in the above-referenced action filed by plaintiff Luis E. Cabanilla. We write this letter pursuant to your Honor's Individual Rule 1(D) to request that the Court stay this action per the parties' agreement to arbitrate the claims in this matter. The parties have agreed to file a joint status report in six (6) months. Per your Honor's Individual Rule 4(M), a proposed order for the requested stay is attached.

      Thank you in advance for your consideration.

                                        Respectfully submitted,

                                        */s/ Wendy Stryker*

                                        Wendy Stryker

cc:    All counsel (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS E. CABANILLA,

    Plaintiff,

-against-

HYDRANGEA ESTATES, LLC, and
DEBRA R. BLACK, individually,

    Defendants.

Case No.: 20 cv 5406 (AN)

[proposed]
**ORDER STAYING CASE**

WHEREAS, the parties have agreed to arbitrate the claims in the above-captioned matter, it is stipulated and ordered that the case is stayed, and the parties are to file a joint status report in six (6) months. All other scheduled conferences and deadlines are adjourned *sine die*.

Dated: New York, New York
      September 9, 2020

_____,D.J.